# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

26 CV 2267

Case No. ______________________

*(to be filled in by the Clerk's Office)*

Isaian Thomas

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

J. garcia , mdc brooklyn

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

RECEIVED
MAR 18 2026
PRO SE OFFICE

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Iswan Thomas
All other names by which you have been known:
ID Number: 39372-510
Current Institution: usp hazelton
Address: Po box 2000
bruceton mills | WV | 26525
City | State | Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: J. garcia
Job or Title *(if known)*: Correctional Officer
Shield Number:
Employer: mdc brooklyn
Address: 80-29 st brooklyn
New york | New york | 11232
City | State | Zip Code

[✓] Individual capacity [ ] Official capacity

Defendant No. 2
Name: mdc brooklyn
Job or Title *(if known)*:
Shield Number:
Employer: mdc brooklyn
Address: 80-29 st brooklyn
New york | NY | 11232
City | State | Zip Code

[ ] Individual capacity [✓] Official capacity

Defendant No. 3

Name ______________________

Job or Title *(if known)* ______________________

Shield Number ______________________

Employer ______________________

Address ______________________

______________________
*City* *State* *Zip Code*

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name ______________________

Job or Title *(if known)* ______________________

Shield Number ______________________

Employer ______________________

Address ______________________

______________________
*City* *State* *Zip Code*

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

______________________

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

See attached

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [x] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

See attached

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

80-29st
mdc brooklyn, 11232 January 24, 2024
Range 4 (SHU)

C. What date and approximate time did the events giving rise to your claim(s) occur?

January 24, 2024 about 10 Am

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I expericece cracking in my shoulder and wrist and have lasceranions from the handcuffs being twisted and exessivsive force barred down on my wrist I was Not treated I did Not recive a X-ray until 6-12 months later

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the courts to award me 250,000 for exessive force on officer J. garcia also for defemation of Character I was giving and inceding report recived displanary saction which was braught up in court on sentanceing day by the district attorney which could have persuaded the Judge to give me more time I belive officer J. garcia acted malicouly and sadistacly threating inmates with his power slamming and lieing on the incedent report

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

mdc brooklyn 80-29st brooklyn, Ny 11232

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [x] Yes
- [ ] No
- [ ] Do not know

If yes, which claim(s)?

tort claim for injuries and death which falls under

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

   in mdc brooklyn

2. What did you claim in your grievance?

   violation of 8th amendments
   excessive force and 250,000 for damages

3. What was the result, if any?

   they denied my claim for lack of evidence

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I was denied from Regional for lack of evidence Claim number TRT-NER-03498

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ____________________

   Defendant(s) ____________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ____________________

3. Docket or index number

   ____________________

4. Name of Judge assigned to your case

   ____________________

5. Approximate date of filing lawsuit

   ____________________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. __________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ____________________

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) __________

   Defendant(s) __________

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition __________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ________________

Signature of Plaintiff ________________

Printed Name of Plaintiff ________________

Prison Identification # ________________

Prison Address ________________

*City* *State* *Zip Code*

### B. For Attorneys

Date of signing: ________________

Signature of Attorney ________________

Printed Name of Attorney ________________

Bar Number ________________

Name of Law Firm ________________

Address ________________

*City* *State* *Zip Code*

Telephone Number ________________

E-mail Address ________________

II basis for Jurisdiction

C On January 24, 2024 officer J. garcia used exessive force on me inmate Iswan Thomas by brutally Slamming me while handcuffed in the (Shu) Segregated housing unit violating my [redacted] Eigth amendment Prior to and unwarrented Search and seazuire of my cell prior to the incedent violatiting my fourth amendment then leaving me in my cell for 12 or more hours with no mattress or clothes until I Couldn't Stand no more banging and begging the Correctional officers for a matress until I could't withstand the emotional distress with No compliance I was uttemly sent to suicidae watch which also violated my eighth amendment

Jurisdiction is asserted to the united States Consitution Bivens VS Six unknown agents 403 us 385 (1971)

planitiff Claim for monentary relif Compensary damages is authorized pursant to eighth and fourth amendment violations

the united States distart court of New york 2nd district is appropite venue for trail pursant to the county of kings to where mdc brooklyn where the events occured

IV Statement of Claim

[redacted]

D On January 24 I was housed in Range 4 (Shu) around [redacted] 9 AM officer J. garcia accompany with officer C giainimo did rounds and asked inmates if they wanted Recreation Once outside officer J. garcia proceed to search my cell 10 minutes prior to recreation ending He then kicked out my [redacted] Sheets, Shirts, boxers, mail and cosmetics when asked about his protocol he answerd with because I can I then told him about the prisorner rights in the (Shu) and told him Im entitled to these Items and I was not leaving recreation without a Lt he then then he proceed to remove me from the recreation area handcuffed which I did not comply he then used "exessive force" by picking me up slamming me on my back Then he procced by kneeing me in the back then placing his knee on top of the handcuffs

then activated the body alarm while officer C. gianino
watched officers and (Shu) Lt ferguson responded then taking me
to the main Shu area where officer (Nurse) → garcia (female No relation)
attended to my medical treatment which I told her my wrist where
laserated and felt fractured and my shoulder felt out of place I immedatly
ask for and X-Ray bandages and pictures of my wounds she then told
me she would look into it I was placed back in my cell this time they took
everything Matress soap tissue I had Nothing I was forced to sleep on metal
until I'm asking for my matress I pleaded for my matress me and my cellmate
inmate myles Reg # unknown who also witness the assult in mate Johnson
who also witness the assult and inmate melvin williams Reg #
I was unable to get a matress which cause metal stress until I pleaded
to Kill Myself and was placed in Suicide watch

# Inmate Statement

PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 39372510 | Current Institution: | Hazelton USP |
| Inmate Name: | THOMAS, ISAIAH | Housing Unit: | HAZ-F-A |
| Report Date: | 03/09/2026 | Living Quarters: | F02-229L |
| Report Time: | 9:49:38 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| HAZ | 3/6/2026 7:54:37 AM | 6FRP0326 | | | FRP Monthly Pymt | $0.00 | | $20.75 |
| HAZ | 2/17/2026 8:47:56 AM | 14 | | | Sales | ($40.30) | | $20.75 |
| HAZ | 2/6/2026 6:34:30 AM | 6FRP0226 | | | FRP Monthly Pymt | ($25.00) | | $61.05 |
| HAZ | 1/21/2026 1:26:29 PM | 84 | | | Sales | ($38.90) | | $86.05 |
| HAZ | 1/9/2026 12:23:05 PM | 6FRP0126 | | | FRP Monthly Pymt | ($25.00) | | $124.95 |
| HAZ | 1/7/2026 8:34:42 AM | 6ICP0126 | | | Inmate Co-pay | ($2.00) | | $149.95 |
| HAZ | 1/6/2026 8:20:46 AM | 8 | | | Sales | ($37.20) | | $151.95 |
| HAZ | 12/10/2025 3:00:11 AM | 611 | | | BP 199 Request - Released | | $180.00 | -------- |
| HAZ | 12/5/2025 8:05:12 AM | 6FRP1225 | | | FRP Quarterly Pymt | $0.00 | | $189.15 |
| HAZ | 11/12/2025 1:14:07 PM | 88 | | | Sales | ($39.85) | | $189.15 |
| HAZ | 11/9/2025 7:46:59 PM | 611 | | | BP 199 Request | | ($180.00) | -------- |
| HAZ | 11/9/2025 7:46:32 PM | 534 | | | BP 199 Request - Released | | $200.00 | -------- |
| HAZ | 11/6/2025 6:02:38 PM | 534 | | | BP 199 Request | | ($200.00) | -------- |
| HAZ | 10/28/2025 7:58:20 AM | 6 | | | Sales | ($25.00) | | $229.00 |
| HAZ | 10/8/2025 10:07:36 AM | 33325281 | | | Western Union | $200.00 | | $254.00 |
| HAZ | 9/24/2025 3:04:27 PM | 84 | | | Sales | ($126.65) | | $54.00 |
| HAZ | 9/22/2025 1:06:52 PM | 33425265 | | | Money Gram | $80.00 | | $180.65 |
| HAZ | 9/13/2025 7:16:48 PM | 33325256 | | | Western Union | $100.00 | | $100.65 |
| HAZ | 9/5/2025 8:27:30 AM | 5FRP0925 | | | FRP Quarterly Pymt | $0.00 | | $0.65 |
| HAZ | 8/18/2025 1:58:31 PM | 56 | | | Sales | ($72.45) | | $0.65 |

1

**Total Transactions: 20**

**Totals: ($52.35) $0.00**

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| HAZ | $20.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.75 |
| **Totals:** | **$20.75** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$20.75** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $380.00 | $359.90 | $140.10 | $61.05 | $33.26 | 10/14/2025 | 1/9/2030 |

# All Transactions

PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 39372510 | Current Institution: | Hazelton USP |
| Inmate Name: | THOMAS, ISAIAH | Housing Unit: | HAZ-F-A |
| Report Date: | 03/09/2026 | Living Quarters: | F02-229L |
| Report Time: | 9:49:25 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 3/6/2026 7:54:37 AM | FRP Monthly Pymt | $0.00 | 6FRP0326 | | $20.75 |
| 2/17/2026 8:47:56 AM | Sales - No FP (Inmate Exempt) | ($40.30) | 14 | | $20.75 |
| 2/6/2026 6:34:30 AM | FRP Monthly Pymt | ($25.00) | 6FRP0226 | | $61.05 |
| 1/21/2026 1:26:29 PM | Sales - No FP (Inmate Exempt) | ($38.90) | 84 | | $86.05 |
| 1/9/2026 12:23:05 PM | FRP Monthly Pymt | ($25.00) | 6FRP0126 | | $124.95 |
| 1/7/2026 8:34:42 AM | Inmate Co-pay | ($2.00) | 6ICP0126 | | $149.95 |
| 1/6/2026 8:20:46 AM | Sales - No FP (Inmate Exempt) | ($37.20) | 8 | | $151.95 |
| 12/10/2025 3:00:11 AM | BP 199 Request - Released | $180.00 | 611 | | |
| 12/5/2025 8:05:12 AM | FRP Quarterly Pymt | $0.00 | 6FRP1225 | | $189.15 |
| 11/12/2025 1:14:07 PM | Sales - No FP (Inmate Exempt) | ($39.85) | 88 | | $189.15 |
| 11/9/2025 7:46:59 PM | BP 199 Request | ($180.00) | 611 | | |
| 11/9/2025 7:46:32 PM | BP 199 Request - Released | $200.00 | 534 | | |
| 11/6/2025 6:02:38 PM | BP 199 Request | ($200.00) | 534 | | |
| 10/28/2025 7:58:20 AM | Sales - No FP (Inmate Exempt) | ($25.00) | 6 | | $229.00 |
| 10/8/2025 10:07:36 AM | Western Union | $200.00 | 33325281 | | $254.00 |
| 9/24/2025 3:04:27 PM | Sales - No FP (Inmate Exempt) | ($126.65) | 84 | | $54.00 |
| 9/22/2025 1:06:52 PM | Money Gram | $80.00 | 33425265 | | $180.65 |
| 9/13/2025 7:16:48 PM | Western Union | $100.00 | 33325256 | | $100.65 |
| 9/5/2025 8:27:30 AM | FRP Quarterly Pymt | $0.00 | 5FRP0925 | | $0.65 |
| 8/18/2025 1:58:31 PM | Sales - No FP (Inmate Exempt) | ($72.45) | 56 | | $0.65 |

Isavah Thomas
Reg # 39372-510
USP hazelton
2000 brueton mills
West Virgina
26525

March 8, 2026

TO: United States district Court
for the Southern district of New york
2nd divison

hello Cleark of courts my Name is isavah thomas I am filling a pro se litigation for the violation of civil Right against officer J. garcia and mdc brooklyn I ask the courts to allow me to pay 20% filling fee for ~~this~~ this complaint for a violation of civil Rights in formula papuris please and thank you

X [signature]

Isaiah thomas
39372-510
usp hazelton
2000 bruceton mills
WV 26525

RECEIVED
SDNY PRO SE OFFICE
2026 MAR 18 PM 4:14
USM 4P
SDNY

US district Court for the Southern district
500 Pearl St
Ny, Newyork 10007

2nd divison
Pro se intake Room 200

[Legal mail]




10007813155 0059